DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARLON M. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2217

[November 30, 2017]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Dan L. Vaughn, Judge; L.T. Case No. 2006CF000584A.

Marlon M. Brown, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***